DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GERALDINE YONG-WHEE CABEZUDO,

Appellant,

v.

GLORIA CABEZUDO,

Appellee.

No. 2D2025-0817

_____

November 14, 2025

Appeal from the Circuit Court for Pinellas County; Doneene Loar, Judge.

Geraldine Yong-Whee Cabezudo, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior publication.